JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS AVITIA, individually and as successor in interest to Robert Avitia, deceased; and GABRIELA AVITIA, individually and as successor in interest to Robert Avitia, deceased,<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 2:21-CV-04396 PA (MAA)<br><br>**ORDER DISMISSING 42 U.S.C. § 1983 CLAIMS WITH PREJUDICE; DISMISSING STATE CLAIMS WITHOUT PREJUDICE** |

    Having review the parties' Stipulation to Dismiss and finding good cause therefor, the following is hereby ORDERED:

    (1)    All federal claims in Plaintiffs' First Amended Complaint shall be dismissed *with* prejudice.

    (2)    All state claims in Plaintiffs' First Amended Complaint shall be dismissed *without* prejudice.

    (3)    Plaintiffs have thirty (30) days to refile state law claims in the Los Angeles County Superior Court upon this Court's dismissal of said state law claims without prejudice.

IT IS SO ORDERED.

DATE: November 15, 2021

_____
Percy Anderson
United States District Judge